UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

FRANKLIN S. SIMMS                                                                   PETITIONER

v.                                        No. 2:22-cv-2117

MARICOPA COUNTY JAIL and
ALHAMBRA STATE OF ARIZONA
PROCESSING PRISON                                                              RESPONDENTS

## **ORDER**

The Court has received a report and recommendation (Doc. 3) from Chief United States Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that the Court dismiss Petitioner Franklin Simms's petition for a writ of habeas corpus (Doc. 1) without prejudice on the grounds that this Court lacks subject-matter jurisdiction. The Court has conducted careful review of this case. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Petitioner Franklin Simms's petition for a writ of habeas corpus (Doc. 1) is DISMISSED WITHOUT PREJUDICE. No certificate of appealability shall issue. Judgment will be entered accordingly.

IT IS SO ORDERED this 23rd day of August, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE